**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELAINE COLEMAN AND MICHELLE DEMONT,** | ) Case No. 8:10-cv-01688-JST(RNBx) ) |
| Plaintiff, | ) **ORDER RE DISMISSAL** ) ) |
| vs. | ) ) |
| **MNET FINANCIAL, INC.,** | ) ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed without prejudice. Each party shall bear their own expenses and costs.

Dated this 14 day of March, 2011.

**JOSEPHINE STATON TUCKER**
The Honorable Josephine Staton Tucker

Order to Dismiss - 1